## MICHAEL JORRIN *v.* VALERIE JORRIN
### (12815)

Lavery, Heiman and Stoughton, Js.

Argued December 11, 1995—decision released January 9, 1996

*Michael S. McKenna*, for the appellant (defendant).

*Ellen B. Lubell*, with whom, on the brief, was *Andrew R. Tarshis*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.